CORNELIUS THOMSON, Appellant, v. JAMES R. CRAIG, Respondent.

(Argued May 12, 1873; decided May 13, 1873.)

J. S. Landon for the appellant.

E. W. Paige for the respondent .·

Appeal dismissed on argument.   No opinion.

---

EDWARD HALL, Appellant, v. FRANZ SIGEL et al., Respondents.

53b 607
131 491

(Argued May 13, 1873 ; decided May 20, 1873.)

Royal S. Crane for the appellant.

Edward Solomon for the respondents.

Agree to affirm.   No opinion.
Judgment affirmed.